IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC - 3 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES OF AMERICA

v. No. 4:12CR00326 KGB

JESSIE SANDERS, JR.

## FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 28). On September 10, 2013, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in 42 rounds of ammunition, consisting of Speer Lawmen 9 mm ammunition and Win Luger 9 mm ammunition (collectively "property subject to forfeiture").

The United States published notice of this forfeiture and of the United States' intent to dispose of the property in accordance with the law and as specified in the Preliminary Order. *See* Notice of Publication (Dkt. 27). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on September 18, 2013 and ending on October 17, 2013. Further, the United States also notified all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States has petitioned the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that this Court authorize the United States Marshal or his designee to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States.

It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this ___3rd___ day of ~~November~~ December 2013.

_____
HONORABLE KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE